```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF CALIFORNIA
                         2500 Tulare Street
                         Fresno, CA 93721



                         November 24, 2009


USA

V

FRANK HERNANDEZ                                  6:09-MJ-250 DLB
```

An arrest warrant in the amount of $5,000.00 was issued on 11/19/2009 for the arrest of Frank A. Hernandez for failure to appear. The Court has since been made aware that Mr. Hernandez was given an initial appearance hearing date of 12/1/2009. At this time, the above-referenced warrant of arrest is **ORDERED RECALLED**.

.
   IT IS SO ORDERED.

   Dated:   **November 24, 2009**                  **/s/ Dennis L. Beck**
                                          UNITED STATES MAGISTRATE JUDGE

1