# United States District Court

## Eastern District of California

UNITED STATES OF AMERICA
v.
**FRANK A. HERNANDEZ**

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)
Case Number: **6:09-MJ-00250 DLB**

JEREMY S. KROGER
Defendant's Attorney

**THE DEFENDANT:**

[✔]  pleaded guilty to the offense: described in the Violation Notice.
[ ]  pleaded nolo contendere to counts(s) ___ which was accepted by the court.
[ ]  was found guilty on count(s) ___ after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Citation Number(s) |
|---|---|---|---|
| 36 CFR 2.34(a)(1) | DISORDERLY CONDUCT - ENGAGING IN FIGHTING, THREATENING, OR VIOLENT BEHAVIOR | 11/11/2009 | 1867489 |
| 36 CFR 2.35(a) | PRESENCE IN A PARK AREA WHILE UNDER THE INFLUENCE OF ALCOHOL TO A DEGREE THAT MAY ENDANGER ONESELF, OTHERS, OR PROPERTY | 11/11/2009 | 1867491 |

The defendant is sentenced as provided in pages 2 through  2  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has been found not guilty on counts(s) ___ and is discharged as to such count(s).

[ ]  Count(s) remaining are dismissed on the motion of the United States.

[ ]  Indictment is to be dismissed by District Court on motion of the United States.

[ ]  Appeal rights given.         [ ]  Appeal rights waived.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

DECEMBER 1, 2009
Date of Imposition of Judgment

/s/ SANDRA M. SNYDER
Signature of Judicial Officer

**SANDRA M. SNYDER**, United States Magistrate Judge
Name & Title of Judicial Officer

12/22/2009
Date

Case 6:09-mj-00250-DLB   Document 7   Filed 12/22/09   Page 2 of 2

AO 245B-CAED (Rev. 3/04) Sheet 4 - Probation

| | | |
|---|---|---|
| CASE NUMBER: | 6:09-MJ-00250 DLB | Judgment - Page 2 of 2 |
| DEFENDANT: | FRANK A. HERNANDEZ | |

# CUSTODY/
# (UNSUPERVISED) PROBATION

The defendant is hereby sentenced to 2 days custody with credit for time-served and 12 months unsupervised probation from December 1, 2009, to November 30, 2010.

## SPECIAL CONDITIONS OF PROBATION

1. The defendant shall obey all laws (local, state, and federal); not drink to excess while in Yosemite National Park; and report any new arrests.

2. The defendant shall pay a criminal monetary penalty for the total amount of $300.00, consisting of a $140.00 fine as to each citation and a $10.00 special assessment fee as to each citation. Payments in the amount of $150.00 per month to commence on 1/15/2010. The fine is payable to the Clerk, U.S. District Court, and mailed to:

    Office of the Clerk
    U.S. District Court
    2500 Tulare Street
    Fresno, California 93721